IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 6:4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | THOMAS M. GOULD |
| ) | CLERK, U.S. DISTRICT COURT |
| Plaintiff, ) | W/D OF TN, MEMPHIS |
| ) | |
| v. ) | Criminal No. 05-20250 Ml |
| DELOIS HARRIS ) | |
| ) | (90-Day Continuance) |
| Defendant(s). ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the September, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Wednesday, November 23, 2005, with trial to take place on the December, 2005, rotation calendar with the time excluded under the Speedy Trial Act through December 16, 2005. Agreed in open court at report date this 26th day of

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-31-05

60

August, 2005.

SO ORDERED this 26th day of August, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney


_____

_____
Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable Jon McCalla
US DISTRICT COURT